ALBERT KOBER et al., Doing Business as ALKO SIGN CO., Appellants, v. JOSEPH KOPELOWITZ, Respondent.— In an action to recover damages for wrongful eviction from commercial space, plaintiffs appeal from an order granting defendant's motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice and from the judgment entered thereon. Order and judgment .unanimously affirmed, with $10 costs and disbursements. Since there was no actual eviction by legal process, and the plaintiffs removed voluntarily from the premises pursuant to a written agreement so to do, which gave them certain benefits, an action for wrongful removal based upon the Commercial Rent Law (L. 1945, ch. 3, as amd.) under the facts here existent will not lie. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

◼

HOWARD MICHELSEN, Appellant, v. ROBERT W. RYLE, Respondent.— In an action to recover damages for breach of a construction contract and for extra services, order denying appellant's motion, under subdivision 5 of rule 109 of the Rules of Civil Practice, to dismiss the second counterclaim as insufficient in law, affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

◼

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES McKNIGHT, Individually and Doing Business under the Name of D. W. ESMOND CO., Appellant.— In an action under article 23-A of the General Business Law appellant moved to vacate a judgment of injunction entered, on his consent, about twenty-two years prior thereto. The motion was made on the ground that the court was without jurisdiction inasmuch as no complaint exists in the action and on the further ground that appellant's subsequent conduct merits dissolution of the injunction. The motion was denied. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

◼

## (October 5, 1954.)

◼

In the Matter of LEON M. FREED, Appellant, against SONIA FREED, Respondent.— Petitioner appeals from an order granting respondent's motion to modify an order previously made in a habeas corpus proceeding, which provides for custody and visitation of the infant children of the parties, and denying petitioner's cross motion to award custody of the children to him, and to restrain respondent from removing the children from the State of New York. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur. [See *post,* p 893.]